# EXHIBIT B

# INVOICE



**US LEGAL SUPPORT**
The Power of Commitment.

p: 866.876.8757
f: 212-759-6155

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290768 | 6/29/2016 | 174596 |
| **Job Date** | **Case No.** | |
| 6/16/2016 | 15-CV-05499 | |
| | **Case Name** | |
| | Jia Ze Tian, et al v. Ollies 42nd Street, et al | |
| | **Payment Terms** | |
| Due upon receipt | | |

Keli Liu, Esquire
Hang & Associates, PLLC
136-18 39th Avenue
Suite 1003
Flushing, NY 11354

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Jen Hwa Kao, Non-Party Witness | 46.00 Pages | 200.10 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Mei Lee Law, Non-Party Witness | 28.00 Pages | 121.80 |
| Reporter Appearance - Per Session | | 20.00 |
| Administration Fee | | 35.00 |
| Shipping/Delivery | | 20.00 |

**TOTAL DUE  >>>**  **$396.90**
AFTER 8/13/2016 PAY  $456.44

Thank you for your business!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Phone: 718-353-8588   Fax:718-353-628

**Tax ID:** 76-0523238

*Please detach bottom portion and return with payment.*



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290768 | 6/29/2016 | 174596 |

| Job Date | Case No. | |
|---|---|---|
| 6/16/2016 | 15-CV-05499 | |

| Case Name | | |
|---|---|---|
| Jia Ze Tian, et al v. Ollies 42nd Street, et al | | |

**U.S. LEGAL SUPPORT**
The Power of Commitment
p: 866.876.8757
f: 212-759-6155

Keli Liu, Esquire
Hang & Associates, PLLC
136-18 39th Avenue
Suite 1003
Flushing, NY 11354

| Payment Terms | |
|---|---|
| Due upon receipt | |

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Jen Hwa Kao, Non-Party Witness | 46.00 Pages | 200.10 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Mei Lee Law, Non-Party Witness | 28.00 Pages | 121.80 |
| Reporter Appearance - Per Session | | 20.00 |
| Administration Fee | | 35.00 |
| Shipping/Delivery | | 20.00 |

| TOTAL DUE >>> | **$396.90** |
|---|---|
| AFTER 8/13/2016 PAY | $456.44 |

Thank you for your business!

---

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 718-353-8588   Fax:718-353-6288

*Please detach bottom portion and return with payment.*

CHASE ◘ for BUSINESS
JPMorgan Chase Bank, N.A.
www.Chase.com

HANG & ASSOCIATES, PLLC
136-18 · 39TH AVE., STE. 1003
FLUSHING, NY 11354-5577

1837

1-2
210/787

Pay to the order of U.S Legal Support — $396.90

Three hundred ninety six dollars ninety (cents) dollars

Invoice



# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 286889 | 5/19/2016 | 171162 |
| **Job Date** | **Case No.** | |
| 5/6/2016 | 15-CV-05499 | |
| **Case Name** | | |
| Jia Ze Tian, et al. v. Ollies 42nd LLC, et al., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**p: 866.876.8757**
**f: 212-759-6155**

Keli Liu, Esquire
Hang & Associates, PLLC
136-18 39th Avenue
Suite 1003
Flushing, NY 11354

---

ORIGINAL AND 2 CERTIFIED COPIES OF TRANSCRIPT OF:

| E. FENG LEE | 68.00 Pages | 295.80 |
|---|---|---|
| Reporter Appearance - Per Session | | 20.00 |
| Wait Time | 1.50 Hours | 112.50 |
| Shipping/Delivery | | 15.00 |
| | **TOTAL DUE >>>** | **$443.30** |
| | AFTER 7/3/2016 PAY | $509.80 |

Thank you for your business!

---

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 718-353-8588    Fax:718-353-6288

---

*Please detach bottom portion and return with payment.*

Keli Liu, Esquire
Hang & Associates, PLLC
136-18 39th Avenue
Suite 1003
Flushing, NY 11354

Job No.    : 171162    BU ID    : 20-NY
Case No.   : 15-CV-05499
Case Name  : Jia Ze Tian, et al. v. Ollies 42nd LLC, et al., et al

Invoice No. : 286889    Invoice Date : 5/19/2016
**Total Due  : $ 443.30**
AFTER 7/3/2016 PAY $509.80

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **U.S. Legal Support**
**P.O. Box 4772-13**
**Houston, TX  77210-4772**

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
Phone: (718) 831-9060
Fax: (718) 831-9075
Fed Id # -46-0597936

# BATCH INVOICE



35721
HANG & ASSOCIATES, PLLC
136-18 39th Avenue, Ste.1003
Flushing, NY 11354

Case Number: NEW YORK 652547/16
XIAO RONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
vs
OLLIES 42ND LLC D/B/A OLLIE'S SICHUAN RESTAURANT, ET. AL.,

## ITEMIZED LISTING

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|-----|-------------|--------|----------|-------|--------|------------|
| 2016002823 | 5/17/2016 | OLLIES 42ND STREET LLC D/B/A OLLIE'S SICHUAN RESTAURANT | | | | $83.60 |
| | | SUMMONS & COMPLAINT | 1.00 | 55.00 | 55.00 | |
| | | COPY CHARGE-13 SETS @ 22 PAGES PER | 286.00 | 0.10 | 28.60 | |
| 2016002824 | 5/17/2016 | TSU Y. WANG C/O OLLIES 42ND STREET D/B/A OLLIE'S SICHUAN RESTAURANT | | | | $15.75 |
| | | SUMMONS & COMPLAINT | 1.00 | 15.00 | 15.00 | |
| | | MAILING FEE | 1.00 | 0.75 | 0.75 | |
| 2016002825 | 5/17/2016 | ISABELL YUET MING NG C/O OLLIES 42ND STREET LLC D/B/A OLLIE'S SICHUAN RESTAURANT | | | | $15.75 |
| | | SUMMONS & COMPLAINT | 1.00 | 15.00 | 15.00 | |
| | | MAILING FEE | 1.00 | 0.75 | 0.75 | |
| 2016002826 | 5/17/2016 | CHIH CHOU YU C/O OLLIES 42ND STREET LLC D/B/A OLLIE'S SICHUAN RESTAURANT | | | | $15.75 |
| | | SUMMONS & COMPLAINT | 1.00 | 15.00 | 15.00 | |
| | | MAILING FEE | 1.00 | 0.75 | 0.75 | |

## ProAccuTrans, Inc.

*Mandarin and Cantonese Interpreting Service*
*Business Consulting Service*

2321 86th Street, 2nd Floor
Brooklyn, NY 11214
Phone: 917.974.3734
E-mail: pkgfeng@yahoo.com

# INVOICE

INVOICE #16112
DATE: JUNE 22, 2016

**TO:**

Hang & Associates, PLLC
136-18 39th Avenue, Suite 1003
Flushing, NY 11354
718.353.8588 fax 718.353.6288
Contact@hanglaw.com

**FOR: DEPOSITION**
JAMAICA, NY

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 6/16/2016 10:00am to 1:00pm US Legal Reporting at 8900 Sutphin Blvd., Ste 307, Jamaica, NY<br>Case Name: Jen Hwa Kao, Jiaze Tian vs Ollies<br>By: Keli Liu, Esq.<br><br><br>Language: Mandarin/Cantonese<br>Interpreter: **Patrick Feng,** NYSUCS Certified<br>Expenses:<br><br><br>Company EIN: 46-4313664 | 3 hours | $100.00 per hour | $300.00 |
| | | TOTAL | $300.00 |

Please make all checks payable to **ProAccuTrans, Inc.** and send to the aforementioned address.

**Thank you for your business!**



HANG & ASSOCIATES, PLLC
136-18 - 39TH AVE., STE. 1003
FLUSHING, NY 11354-5577

1823

12-707
2110

Date June 22, 2016

Pay to the Order of Patrick Feng $ 300 00

Three Hundred dollars

CHASE ◯ for BUSINESS
JPMorgan Chase Bank, N.A.
www.chase.com

For Wes

⑆021000021⑆ 1799035721 1823

| Interpreter: **LIEGUANG WEN** | Language: Mandarin | Date of Job: 3/18/2016 |
|---|---|---|
| Arrival Time: 10:00 | Departure Time: 4:30 | Bust: (Explain)_____ |

| For EUOs: Insured:_____ | For EBTs: Caption: Olltes 42nd V. | For IMEs: Patient(s):_____ |
|---|---|---|
| Witness(es):_____ Tsu Yue Wang | Jiave Tiam | _____ |
| | | _____ |
| Insurance Co.:_____ Claim #:_____ | Witness(es):_____ | Doctor(s):_____ |
| Date of loss:_____ | Date of loss:_____ | Date of loss:_____ |

## Appearances

FIRM: _____ Hang & Associates
ADDRESS: _____
ATTORNEY: _____ Keti Liu
REPRESENTING: _____
FILE: _____ FIRM TO BE BILLED: YES  X  NO _____

FIRM: _____
ADDRESS: _____
ATTORNEY: _____
REPRESENTING: _____
FILE: _____ FIRM TO BE BILLED: YES _____ NO _____

FIRM: _____
ADDRESS: _____
ATTORNEY: _____
REPRESENTING: _____
FILE: _____ FIRM TO BE BILLED: YES _____ NO _____

FIRM: _____
ADDRESS: _____
ATTORNEY: _____
REPRESENTING: _____
FILE: _____ FIRM TO BE BILLED: YES _____ NO _____

RATE:_____ $60.00 PER: _____ HRS. 7
$420.00

## Veritext Corp
## New York Region

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400



**Bill To:** Hang & Associates, PLLC
Flushing Tower
136-18 39th Avenue, Suite 1003
Flushing NY 11354

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Kim Pierce at 516-608-2477 or kpierce@veritext.com

| Statement Date: 3/1/2017 | | | | | | Total Balance Due: | | $1,909.00 |
|---|---|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | Balance Due |
| NY2875423 | 2/8/2017 | 2443083 | 9/15/2016 | Jia Ze Tan v Ollies 42nd | Keli Liu, Esq. | C | 21 | $162.00 |
| NY2875420 | 2/8/2017 | 2266365 | 3/4/2016 | Ollies 42Nd v Milman Labuda Law Group PLLC | Keli Liu, Esq. | C | 21 | $410.50 |
| NY2875637 | 2/8/2017 | 2267374 | 3/8/2016 | Ollies 42Nd v Milman Labuda Law Group PLLC | Keli Liu, Esq. | C | 21 | $344.00 |
| NY2875515 | 2/8/2017 | 2232942 | 2/9/2016 | Tian, Jia Ze, Et Al. v Ollies 42nd | Keli Liu, Esq. | C | 21 | $463.00 |
| NY2875717 | 2/8/2017 | 2268991 | 3/9/2016 | Ollies 42Nd v Milman Labuda Law Group PLLC | Keli Liu, Esq. | C | 21 | $529.50 |
| | | | | | | | Total: | $1,909.00 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $1,909.00 | $0.00 | $0.00 | $0.00 | $1,909.00 |

Please Remit Payment To:

Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

Fed. Tax ID: 20-3132569

Visa, Mastercard & American Express Accept

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**HANG & ASSOCIATES, PLLC**
13618 - 39TH AVE., STE. 1003
FLUSHING, NY 11354-5577

$\frac{1-2}{210}$ 767

2179

March 6, 2017
date

Pay to the order of _Veritext_ _____ $ 1,909 $\frac{00}{100}$

One Thousand Nine Hundred and Nine _____ dollars

🔒 Security Features
Included.
Details on Back.

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

for _Ollies 42nd steet_

_Tran Hang_

MP

⑆021000021⑆ ⑆799035721⑈ 2179

# INVOICE



**USLEGAL SUPPORT**
The Power of Commitment.
p: 866.876.8757
f: 212-759-6155

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 282077 | 3/31/2016 | 167115 |
| **Job Date** | **Case No.** | |
| 3/18/2016 | | |
| **Case Name** | | |
| Tian, et al v. Ollies 42nd, LLC, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jian Hang, Esquire
Hang & Associates, PLLC
136-18 39th Avenue
Suite 1003
Flushing, NY 11354

ORIGINAL AND 2 CERTIFIED COPIES OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Tsu Yue Wang | 154.00 Pages | 669.90 |
| Reporter Appearance - Per Session | 2.00 Sessions | 40.00 |
| Shipping/Delivery | | 20.00 |
| Parking | | 17.00 |

**TOTAL DUE >>>**  **$746.90**
AFTER 5/15/2016 PAY   $858.94

Thank you for your business!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 718-353-8588   Fax:718-353-6288

*Please detach bottom portion and return with payment.*

Jian Hang, Esquire
Hang & Associates, PLLC
136-18 39th Avenue
Suite 1003
Flushing, NY 11354

Job No.   : 167115          BU ID        : 20-NY
Case No.   :
Case Name  : Tian, et al v. Ollies 42nd, LLC, et al

Invoice No.  : 282077          Invoice Date : 3/31/2016
**Total Due  : $ 746.90**
AFTER 5/15/2016 PAY $858.94

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support**
**P.O. Box 4772-13**
**Houston, TX  77210-4772**

**HANG & ASSOCIATES, PLLC**
13618 - 39TH AVE., STE. 1003
FLUSHING, NY 11354-5577

1-2/210 767

1750

4/7/16
date

Pay to the order of U.S. Legal Support          $ 746 90/00

Seven hundred forty-six dollars ninety cents          dollars

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

Ollies 42nd-LLC
for Invoice No. 28207

⑆021000021⑆          ⑈799035721⑈ 1750

MP



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 280542 | 3/16/2016 | 166990 |

| Job Date | Case No. |
|---|---|
| 3/15/2016 | |

| Case Name |
|---|
| Jia Ze Tian, et al. v. Ollies 42nd LLC, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**p: 866.876.8757**
**f: 212-759-6155**

Marisol Santos, Esquire
Hang & Associates, PLLC
136-18 39th Avenue
Suite 1003
Flushing, NY 11354

Jen Hwa Kao - Witness a No Show - 10 am
   Late Cancellation                                                  125.00
   Wait Time                              3.00 Hours             225.00
Mei Lee Law - Witness a No Show - PM
   Late Cancellation                                                  125.00

|  | |
|---|---|
| **TOTAL DUE >>>** | **$475.00** |
| AFTER 4/30/2016 PAY | $546.25 |

Thank you for your business!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 718-353-8588    Fax:718-353-6288

*Please detach bottom portion and return with payment.*

Marisol Santos, Esquire
Hang & Associates, PLLC
136-18 39th Avenue
Suite 1003
Flushing, NY 11354

Job No.    : 166990         BU ID    : 20-NY
Case No.   :
Case Name  : Jia Ze Tian, et al. v. Ollies 42nd LLC, et al.

Invoice No. : 280542         Invoice Date : 3/16/2016
**Total Due  : $ 475.00**
AFTER 4/30/2016 PAY $546.25

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **U.S. Legal Support**
        **P.O. Box 4772-13**
        **Houston, TX 77210-4772**

**HANG & ASSOCIATES, PLLC**
13618 - 39TH AVE., STE. 1003
FLUSHING, NY 11354-5577

1-2-767
210

1738

3/29/16
*date*

*Pay to the order of* U.S. legal support | $ 475.00

Four hundred and seventy-five — *dollars*

Security Features
Included.
Details on Back.

**CHASE ◯**
JPMorgan Chase Bank, N.A.
www.Chase.com

*for* Invoice No: 280542

⑆0⑆0000 20⑆ ⑈7440 3572⑈ 1738

Registration
2nd Court report

MP

**HANG & ASSOCIATES, PLLC**
13618 - 39TH AVE., STE. 1003
FLUSHING, NY 11354-5577

1-2/210 767

1776

4/27/2016
date

Pay to the order of  E. Feng Lee                    | $ 54.96

fifty four  96/100                                    dollars

Security Features
Included.
Details on Back.

**CHASE ○ for BUSINESS**
JPMorgan Chase Bank, N.A.
www.Chase.com

for Witness fee                          Tran                    MP

⑆021000021⑆        179903572  1776

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
Phone: (718) 831-9060
Fax: (718) 831-9075
Fed Id # -46-0597936

# BATCH INVOICE

Invoice #ELT-2016001446
4/5/2016



35721
HANG & ASSOCIATES, PLLC
136-18 39th Avenue, Ste.1003
Flushing, NY 11354

Case Number: NEW YORK CV-5499/15
JIA ZE TIAN, WEN HU YANG, SHUN HAI ZHANG ET AL
vs
OLLIES 42ND LLC D/B/A OLLIE'S SICHUAN RESTAURANT, TSU Y. WANG ET AL

## ITEMIZED LISTING

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2016001446 | 3/9/2016 | ISABELL YUET MING NG | | | | $125.00 |
| | | SUBOENA IN A CIVIL ACTION | 1.00 | 125.00 | 125.00 | |
| | | Invoice comments pertaining to this Job: | | | | |
| | | RUSH BY 3/11/16-UNABLE TO SERVE/SEE DUE DILIGENCE GIVEN | | | | |
| 2016001447 | 3/9/2016 | JEN HWA KAO | | | | $169.64 |
| | | SUBOENA IN A CIVIL ACTION | 1.00 | 125.00 | 125.00 | |
| | | WITNESS FEE | 1.00 | 44.64 | 44.64 | |
| | | Invoice comments pertaining to this Job: | | | | |
| | | RUSH BY 3/11/16 REQUESTED | | | | |
| 2016001448 | 3/9/2016 | MEI LEE LAW | | | | $169.64 |
| | | SUBOENA IN A CIVIL ACTION | 1.00 | 125.00 | 125.00 | |
| | | WITNESS FEE | 1.00 | 44.64 | 44.64 | |
| | | Invoice comments pertaining to this Job: | | | | |
| | | RUSH BY 3/11/16-REQUESTED | | | | |
| | | **TOTAL CHARGED:** | | | $464.28 | |
| | | **TOTAL AMOUNT DUE** | | | | **$464.28** |

This invoice & all future invoices are assigned to & payable to
ELITE LEGAL SERVICES OF NY INC @ 1603 FRANCIS LEWIS BOULEVARD, WHITESTONE, NY 11357

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

**HANG & ASSOCIATES, PLLC**
13618 - 39TH AVE., STE. 1003
FLUSHING, NY 11354-5577

1-2/210/767

1759

Date 4/14/16

Pay to the order of _Elite Legal Services of NY Inc._ | $ 464.28

_Four hundred sixty-four Dollars twenty-eight cents_ Dollars

CHASE ⬡ for BUSINESS
JPMorgan Chase Bank, N.A.  Ollies 42nd
www.Chase.com

Tran Hang

for _Invoice #ELT-2016004466_

⑆021000021⑆   ⑈799035721⑈ 1759



**HANG & ASSOCIATES, PLLC**
13618 - 39TH AVE., STE. 1003
FLUSHING, NY 11354-5577

1-2-767
210

1797

Date 5/19/2016

$ 80

Pay to the order of __Keli Liu__ _____ dollars

Eighty _____

CHASE ○ for BUSINESS   428
JPMorgan Chase Bank, N.A.
www.Chase.com

for Yubaozhaodepo

Jian Hy

MP

⑈021000021⑈: Ollies 179903572 II" 1797

---

## CHARGE INVOICE

**Yes Car Services**
**Yellowstone Transportation, Inc.**
133-56 41 Ave., #101
Flushing, NY 11355
Tel: (718) 539-7777
      (212) 529-6060
Fax: (718) 539-7725

NO. 136833

| ACCOUNT NO. | | | COMPANY NAME | | | CUSTOMER NAME |
|---|---|---|---|---|---|---|

| FARE $40 | CAR # | DATE 4/28/16 | TIME ( ) AM ( ) PM | STOPS | WAITING TIME | GRATUITIES 4 + 4 | TOLL/PARKING |
|---|---|---|---|---|---|---|---|

FROM Hang & Associates
TO 2000 Marcus Ave, Ste. 3W8
STOP 1 Lake Success, NY 11042
STOP 2

WAITING TIME

CUSTOMER SIGNATURE X

APPROVAL CODE

**TOTAL $80**

40 + 40 = 80
(38+4+38)



## CHARGE INVOICE

**Yes Car Service**
**Yellowstone Transportation, Inc.**

133-56 41 Ave., #101
Flushing, NY 11355
Tel: (718) 539-7777
(212) 529-6060
Fax: (718) 539-7725

ACCOUNT NO.

COMPANY NAME

CUSTOMER NAME WenHwYang

| | DATE 9/2/16 | TIME ( ) AM ( ) PM | CAR # | FARE | $31 |
|---|---|---|---|---|---|
| FROM | | | | STOPS | |
| STOP 1 | TueWrOq 2:00 MJ | | | WAITING TIME | |
| STOP 2 | | | | GRATUITIES | |
| WAITING TIME | | | | TOLL/PARKING | $3 |
| CUSTOMER SIGNATURE X | | | | | |
| APPROVAL CODE | | | | **TOTAL** | $38 |

NO. 164246

Oliva
Att:
Dept:

HANG & ASSOCIATES, PLLC
13618- 39TH AVE., STE. 1003
FLUSHING, NY 11364-5577

1939

1-2/210
767

Pay to the Order of Kei Liu

Date 9/30/2016

$ 38

Thirty - eight —————— dollars

CHASE ○ for BUSINESS
JPMorgan Chase Bank, N.A.
www.Chase.com

For Olizes Ud Ab

�semi Wenhuyang

⑆021000021⑆ ⑈799035729⑈ 1939



CHASE ○ for BUSINESS
JPMorgan Chase Bank, N.A.
www.Chase.com

HANG & ASSOCIATES, PLLC
13618 - 39TH AVE., STE. 1003
FLUSHING, NY 11354-5577

1905

1-2
210/767

August 31, 2016

Pay to the Order of Keli Wu

Two Hundred Twenty - two

$ 222 ⁰⁰/₁₀₀

dollars

For Ollie's car expense          Jian Ping

⑈0210000121⑈  127940357⑈ 1905

---

新金馬電召車服務公司
New Golden Horse Car & Limo Service Inc.
Tel: (718)762-8888
(718)358-9898

Ollie's car Sf. Jia Chen Sun Thr add
Depo

Date          Aug. 16
Pick-up Address          Flushing
Driver #
Droff-off Address
For          3000 Marcus Ave.
Total Amount $

($32+$3)
$25 x₂
=$70

R E C E I P T

---

# CHARGE INVOICE

| ACCOUNT NO.  Arb. Depo | DATE  Aug. 15 | TIME ( ) AM ( ) PM | CAR # | FARE | $35 |
|---|---|---|---|---|---|
| COMPANY NAME | FROM | | | STOPS | |
| CUSTOMER NAME  Zhang Rong Fa | TO  Flushing | | | WAITING TIME | |
| Yes Car Service  62 | STOP 1  ↓↑ | | | GRATUITIES | $3 |
| Yellowstone Transportation, Inc. | STOP 2  3000 Marcus | | | TOLL/PARKING | |
| 133-56 41 Ave., #101  Flushing, NY 11355  Tel: (718) 539-7777  (212) 529-6060  Fax: (718) 539-7725 | WAITING TIME | | Ave. | | |
| | CUSTOMER SIGNATURE  X | | | TOTAL | $38  x₂  =$76 |
| | APPROVAL CODE | | | | |

Ollie's

# CHARGE INVOICE

| | | |
|---|---|---|
| ACCOUNT NO. Arbitration Depo | DATE Aug. 12 | TIME ( ) AM ( ) PM  CAR # |
| COMPANY NAME | | |
| CUSTOMER NAME Shum Hai Zhong | FROM Flushing | |
| | STOP 1 NY | |
| | STOP 2 Lakesu 2000 Marclle Ave. | |
| | WAITING TIME | |
| | CUSTOMER SIGNATURE | |
| | X_____ | |
| | APPROVAL CODE | |

**Yes Car Service**
**Yellowstone Transportation, Inc.**

Ollie's
42

133-56 41 Ave., #101
Flushing, NY 11355
Tel: (718) 539-7777
(212) 529-6060
Fax: (718) 539-7725

| | |
|---|---|
| FARE | $35 |
| STOPS | |
| WAITING TIME | |
| GRATUITIES | $3 |
| TOLL/PARKING | |
| **TOTAL** | $38 x2 =$76 |

NO. 133710